UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| Sandra S. Hauser | ] | |
| Plaintiff | ] | |
| | ] | Case#: 3:19-CV-516-HEH |
| v. | ] | |
| | ] | **JURY DEMANDED** |
| Equifax Information Services, LLC | ] | |
| *Et al* | ] | |
| Defendants | ] | |
| | ] | |

## NOTICE OF DISMISSAL AS TO BANK OF AMERICA, N.A.

Comes now the plaintiff, by counsel, and gives notice to all that this matter is dismissed WITH PREJUDICE as to Bank of America, N.A., as settled pursuant to Fed.R.Civ.Proc. 41(a)(1)(A)(i). The defendant, Bank of America, N.A., has not filed an answer or other pleading.
The court shall retain jurisdiction to enforce the terms of any agreement the parties have entered into.

Sandra S. Hauser

 /s/ Jason M. Krumbein, Esq.
Jason M. Krumbein, Esq. VSB#43538
JKrumbein@KrumbeinLaw.com (e-mail)
Counsel for Plaintiff
1650 Willow Lawn Drive, Suite 201
Richmond, VA 23230
804.592.0792
804.234.1159 (fax)

Jason M. Krumbein, Esq. VSB#43538
Counsel for Sandra S. Hauser
1650 Willow Lawn Drive, Suite 201
Richmond, VA 23230
804.592.0792
804.234.1159 (fax)
JKrumbein@KrumbeinLaw.com (e-mail)

CERTIFICATE OF SERVICE

I hereby certify that on this 1 November 2019 I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

**Kendall H. Tan**
**Ethan G. Ostroff**
**Counsel for Suntrust Bank**

**Justin M. Sizemore, Esq.**
**Counsel for Synchrony Bank**

And to the following non-filing users:

_____/s/_____
Jason M. Krumbein, Esq. VSB# 43538
JKrumbein@KrumbeinLaw.com
Krumbein Consumer Legal Services, Inc.
1650 Willow Lawn Dr. Suite 201
Richmond, VA 23230
(804) 592-0792 - Telephone
(804) 673-4350 – Facsimile

---

Jason M. Krumbein, Esq. VSB#43538
Counsel for Sandra S. Hauser
1650 Willow Lawn Drive, Suite 201
Richmond, VA 23230
804.592.0792
804.234.1159 (fax)
JKrumbein@KrumbeinLaw.com (e-mail)