IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
**Richmond Division**

| | |
|---|---|
| SANDRA S. HAUSER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:19cv516–HEH |
| ) | |
| EQUIFAX INFORMATION SERVICES, ) | |
| LLC, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### **FINAL ORDER**

THIS MATTER is before the Court on a Stipulation of Dismissal (ECF No. 27) filed by Plaintiff and Defendant SunTrust Bank pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). It appearing to this Court that all matters of controversy have been fully resolved and compromised, it is HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE. The Court, however, shall retain jurisdiction for the sole purpose of enforcing the terms of the settlement agreement pursuant to *Kokkonen v. Guardian Life Insurance Co.*, 511 U.S. 375 (1994).

The Clerk is directed to send a copy of this Order to all counsel of record.

It is so ORDERED.

                                                          /s/
                                         Henry E. Hudson
                                         Senior United States District Judge

Date: July 21, 2020
Richmond, VA